BRYAN SCHRODER
United States Attorney

JONAS M. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jonas.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JEFFREY R. GREEN,<br><br>      Defendant. | ) No. 3:16-cr-00063-SLG<br>)<br>) COUNTS 1-3:<br>) FELON IN POSSESSION OF A<br>) FIREARM<br>) Vio. of 18 U.S.C. §§ 922(g)(1) and<br>) 924(a)(2)<br>)<br>) CRIMINAL FORFEITURE<br>) ALLEGATION:<br>) 18 U.S.C. § 924(d) and<br>) 28 U.S.C. § 2461(c)<br>) |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about June 3, 2016, within the District of Alaska, the defendant, JEFFREY R. GREEN, knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit, one North American Arms caliber .22 revolver.

Convictions

| Conviction Date | Offense | Court | Case No. |
| --- | --- | --- | --- |
| 10/05/2000 | Establishment of Manufacturing Operations | District of Oregon | CR 99-447-02-PA |
| 03/27/2014 | Controlled Substances 4 | State of Alaska | 3KN-12-807CR |
| 07/06/2015 | Failure to Stop at Direction of Officer | State of Alaska | 3AN-11-948CR |
| 02/10/2016 | Coercion – Instill Fear of Injury | State of Alaska | 3AN-12-9256CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

COUNT 2

On or about June 3, 2016, within the District of Alaska, the defendant, JEFFREY R. GREEN, knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit, one Sig Sauer Model 1911 caliber .45 pistol.

//

//

Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| 10/05/2000 | Establishment of Manufacturing Operations | District of Oregon | CR 99-447-02-PA |
| 03/27/2014 | Controlled Substances 4 | State of Alaska | 3KN-12-807CR |
| 07/06/2015 | Failure to Stop at Direction of Officer | State of Alaska | 3AN-11-948CR |
| 02/10/2016 | Coercion – Instill Fear of Injury | State of Alaska | 3AN-12-9256CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

COUNT 3

On or about June 3, 2016, within the District of Alaska, the defendant, JEFFREY R. GREEN, knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit, one Colt Model 1911 caliber .45 pistol.

Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| 10/05/2000 | Establishment of Manufacturing Operations | District of Oregon | CR 99-447-02-PA |
| 03/27/2014 | Controlled Substances 4 | State of Alaska | 3KN-12-807CR |
| 07/06/2015 | Failure to Stop at Direction of Officer | State of Alaska | 3AN-11-948CR |
| 02/10/2016 | Coercion – Instill Fear of Injury | State of Alaska | 3AN-12-9256CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Counts 1, 2, and 3 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as set forth in Counts 1, 2, and 3 of this Information, the defendant, JEFFREY R. GREEN, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

1. One North American Arms caliber .22 revolver (Serial No. E278774);

2. One Sig Sauer Model 1911 caliber .45 pistol (Serial No. 54A050238);

and

3. One Colt Model 1911 caliber .45 pistol (Serial No. LFA3687).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

s/ Jonas M. Walker
JONAS M. WALKER
Assistant U.S. Attorney
United States of America